**Earl L. RICHARDSON, Plaintiff—Appellant,**

v.

**The Great State of MARYLAND; Cecil County Department of Social Service; Nicholas Ricciuti, Director of Cecil County Department of Social Services; Williams Jones, Employee of Department of Social Services; Social Security Administration; Mrs. Gulotti, Elkton Maryland Branch; Mrs. Davids, Elkton Maryland Branch; The Great State of Washington; Clallam County Washington; Jim Jones, Administrator; Linda Clevenger, Administrator; Department of Parole and Probation, Defendants—Appellees.**

No. 08–1802.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 27, 2008.

Decided: Nov. 14, 2008.

Earl L. Richardson, Appellant Pro Se. Julia Doyle Bernhardt, Assistant Attorney

General, William Ferris Brockman, Office of the Attorney General of Maryland, Baltimore, Maryland; Mark C. Jobson, Office of the Attorney General of Washington, Olympia, Washington; Kelly Hughes Iverson, Goodell, Devries, Leech & Dann, LLP, Baltimore, Maryland, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl L. Richardson appeals the district court's order dismissing this action complaining about the termination of social security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richardson v. The Great State of Maryland,* No. 1:08–cv–01087–CCB (D.Md. July 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*